# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT VAN KIRK, AN INDIVIDUAL,
Appellant,
vs.
CLARK COUNTY; AND CLARK
COUNTY DEPARTMENT OF
ADMINISTRATIVE SERVICES, CODE
ENFORCEMENT UNIT, PUBLIC
RESPONSE OFFICE,
Respondents.

No. 82213

FILED

APR 0 8 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting in part and denying in part a petition for judicial review. Eighth Judicial District Court, Clark County; Kenneth C. Cory, Judge.

The parties have filed a stipulation to stay the appellate proceedings while the district court resolves a motion for reconsideration that appellant filed before filing the notice of appeal. However, it appears that this court lacks jurisdiction over this appeal. NRAP 4(a)(2). A timely tolling motion such as a motion for reconsideration terminates the 30-day appeal period, and a notice of appeal is of no effect if it is filed after such a tolling motion is filed but before the district court enters a written order finally resolving the motion. *See* NRAP 4(a)(2); *AA Primo Builders, LLC v. Washington*, 126 Nev. 578, 585, 245 P.3d 1190, 1195 (2010) (recognizing that a timely-filed post judgment motion for reconsideration that seeks a substantive change to the challenged order qualifies as a tolling motion under NRCP 59(e) and NRAP 4(a)(4)). Once the district court has resolved

the motion for reconsideration, any aggrieved party may file a new notice of appeal. At this point, however, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc: Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 1
Janet Trost, Settlement Judge
Wiley Petersen
Clark County District Attorney/Civil Division
Eighth District Court Clerk

_____

[1]This court takes no action in regard to the stipulation to stay these proceedings.